In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-022 CV


____________________



DEBRA COX WAGNER, Appellant



V.



RICHARD L. WAGNER, Appellee






On Appeal from the County Court at Law


Polk County, Texas


Trial Cause No. CIV22,364






MEMORANDUM OPINION


 The appellant, Debra Cox Wagner, and the appellee, Richard L. Wagner, filed a joint
motion to dismiss this appeal. The motion is voluntarily made by the parties prior to any
decision of this Court and should be granted. Tex. R. App. P. 42.1(a)(2). No other party filed 
notice of appeal. The motion to dismiss is granted and the appeal is dismissed. Each party
shall bear his or her own costs. 

 APPEAL DISMISSED.

 ______________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered May 24, 2007

Before McKeithen, C.J., Gaultney and Horton, JJ.